IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMIANTRA M. CLAY,** <br><br> Petitioner, <br><br> v. <br><br> **MIKE KNOWLES, Warden,** <br><br> Respondent. | CIV-S-04-2367 DFL CMK P <br><br> **ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time is hereby granted. An answer to the petition for writ of habeas corpus shall be filed on or before July 8, 2005.

DATED: June 9, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE