IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIANTRA M. CLAY,

    Petitioner,        No. CIV S-04-2367 DFL CMK P

   vs.

MIKE KNOWLES, et al.,

    Respondents.      <u>ORDER</u>

                             /

Petitioner has requested an extension of time to file and serve objections to the December 13, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 4, 2006 request for an extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the December 13, 2005 findings and recommendations.

DATED: January 12, 2006.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

/mp
clay 04cv2367.111